UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUADALUPE BETANCOURT,

    Plaintiff,

v.                                                                                          Case No. 1:11-CV-980

SWAMI BAPA HOTELS, INC.,                                        HON. GORDON J. QUIST

    Defendant.
                                         /

**ORDER OF DISMISSAL**

The court has been informed that the parties have settled this case.  Therefore, this case is dismissed with prejudice and with each party to bear its own costs.  If any party wishes to set aside the Order of Dismissal because of difficulties in agreeing upon the written document memorializing the settlement, any party shall file a motion with this court before **July 17, 2012**, requesting that the settlement be set aside and the case put back on the court's active docket.

This court retains jurisdiction to enforce this Order and the terms and conditions of the settlement.

IT IS SO ORDERED.


Dated:  April 18, 2012                                        /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE